# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cr-00311-SRB-1 |
| DEANDRE G. GUNN, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Lajuana Counts's Report and Recommendation (Doc. #39) to deny Defendant's Motion to Suppress (Doc. #18). Defendant filed Objections to the Report and Recommendation. (Doc. #45.) The Government also filed a response to the Report and Recommendation. (Doc. #41.) The Government "does not disagree with the Report and Recommendation, but believes the Court should also deny Defendant's Motion to Suppress on the additional ground that the [D]efendant lacks standing to challenge the seizure of the firearm." (Doc. #41, p. 1.)

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections (Doc. #45), and ADOPTS Judge Counts's Report and Recommendation (Doc. #39). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's Motion to Suppress (Doc. #18) is DENIED. Based on the foregoing rulings, the Court will not address the Government's alternative argument in support of denying the Motion to Suppress.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
Dated: September 2, 2020      UNITED STATES DISTRICT JUDGE